IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GREGORY ROBINSON,          )
                                     )
         Plaintiff,      )
                                     )
v.                                    )
                                     )
DALLAS COUNTY JAIL        )
FACILITY, *et al.*,             )
                                     )
        Defendants.   )  Civil Action No. 3:19-CV-1507-C-BT

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein recommending that the Court issue process as to Plaintiff's equal protection claim against Dallas County Sheriff Marian Brown and that Plaintiff's remaining claims be dismissed. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's equal protection claim against Dallas County Sheriff Marian Brown shall proceed forward.[1] Plaintiff's remaining claims are hereby **DISMISSED** with prejudice pursuant

---

[1] Process shall issue as to Plaintiff's equal protection claim asserted against Sheriff Brown.

to 28 U.S.C. §§ 1915A and 1915(e).[2]

SO ORDERED this 15th day of January, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Specifically, the Court **ORDERS** that Plaintiff's claims against the Dallas County Jail Facility and the Lew Sterrett Justice Center, Plaintiff's slip and fall claim, and Plaintiff's release from confinement claim be **DISMISSED**.