IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREGORY ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) |
| DALLAS COUNTY JAIL FACILITY, *et al.*, | ) |
| Defendants. | ) Civil Action No. 3:19-CV-1507-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein recommending that the Court deny Defendant Sheriff Marian Brown's Motion to Dismiss.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendant Sheriff Marian Brown's Motion to Dismiss is hereby **DENIED**.

SO ORDERED this 28th day of December, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendant Brown has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.